**Kathryn WISE and Howard G. Wise, Appellants, v. OHIO CASUALTY INSURANCE COMPANY, Appellee.**

No. 11394.

United States Court of Appeals
Sixth Circuit.

Dec. 14, 1951.

A. J. Deindoerfer, Joseph E. Stopher, Louisville, Ky., for appellants.

Robert P. Hobson, Louisville, Ky., Woodward, Hobson & Fulton, Louisville, Ky., of counsel, for appellee.

Before HICKS, Chief Judge, and SIMONS and MARTIN, Circuit Judges.

PER CURIAM.

This appeal has been heard and considered on the record in the cause, the findings of fact and conclusions of law entered in the District Court, and the briefs and oral arguments of the attorneys for the respective parties;

And it appearing that the findings of fact are based upon substantial evidence and are not clearly erroneous, and that the conclusions of law are properly drawn upon the authority of Vezolles v. Home Indemnity Company, N. Y., D.C.W.D.Ky., 38 F.Supp. 455, opinion by Judge Miller, affirmed, per

curiam, 6 Cir., 128 F.2d 257; and York-shire Indemnity Company of New York v. Collier, 6 Cir., 172 F.2d 116.

The judgment of the District Court in favor of the defendant below is affirmed. D.C., 96 F.Supp. 380.